RICHARD T. EGGER, Bar No. 162581
Richard.Egger@bbklaw.com
VALERIE D. ESCALANTE, Bar No. 281386
Valerie.Escalante@bbklaw.com
BEST BEST & KRIEGER LLP
3500 Porsche Way, Suite 200
Ontario, CA 91764
Telephone: (909) 989-8584
Facsimile: (909) 466-1441

Prepared by Attorneys for Defendant
The City of Ontario

Approved as to Form by Attorneys for
Plaintiff The Inland Oversight Committee

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE INLAND OVERSIGHT COMMITTEE,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF ONTARIO,<br><br>    Defendant. | Case No.  ED CV 12-00178 PA (OPx)<br>Judge: Honorable Percy Anderson<br><br>Action Filed:  February 6, 2012<br><br>**ORDER DISMISSING CASE WITH PREJUDICE BY CONSENT FOLLOWING HEARING ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hearing on Motion<br>Date:  December 3, 2012<br>Time:  1:30 p.m.<br>Ctrm:  15 |

# **ORDER**

The Motion for Voluntary Dismissal without Prejudice by Plaintiff Inland Oversight Committee came on for hearing on December 3, 2012, at 1:30 p.m. in Courtroom 15, of the above-entitled Court, the Honorable Percy Anderson presiding. Attorneys Cory Briggs and Mekaela Gladden appeared on behalf of Plaintiff The Inland Oversight Committee ("IOC"). Attorneys Richard Egger and Valerie Escalante appeared on behalf of Defendant City of Ontario ("City").

The Court, having reviewed and considered all of the papers and arguments of counsel and the papers and records on file, and finding good cause therefor, makes the following order:

IOC's Motion is granted conditioned on dismissal occurring with prejudice.

At the Hearing on the Motion, IOC consented to such condition.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT the Amended Complaint in this action is dismissed with prejudice.

Dated: December 10, 2012

Percy Anderson
UNITED STATES DISTRICT JUDGE

_____*/S/ Cory J. Briggs*_____
Approved as to Form by Attorneys for
Plaintiff The Inland Oversight Committee